IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5:05-PO-12-12 (CWH) |
| BARRY D. HOLBERT, | BEFORE THE U. S. MAGISTRATE JUDGE |
| Defendant | |

**O R D E R**

Leave of court is GRANTED for filing the foregoing DISMISSAL [4].

SO ORDERED, this 25th day of April, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE